```
          UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

DIANA MEY, individually and on
behalf of a class of all persons
and entities similarly situated,

    Plaintiff,

v.                                                      Civil Action No. 2:12-1721

HONEYWELL INTERNATIONAL, INC. and
ISI ALARMS NC, INC.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

       Pending is the parties' renewed joint motion to seal, filed October 17, 2013.

       As noted in the September 13, 2013, memorandum opinion and order, the plaintiff earlier moved to shield from public view 18 pages of testimony from a deposition taken July 31, 2013.  Pursuant to a protective order entered in this action, Honeywell designated portions of the deposition as confidential. Following an *in camera* review of the materials proposed for sealing, the court directed the parties to meet and confer in an effort to identify suitable redactions and present a more tailored request consistent with binding precedent and the Local Rules of Civil Procedure.

The parties have now responded jointly to the court's direction, proposing the redaction of approximately 60 lines of testimony. Honeywell asserts that the proposed redactions include commercially sensitive information relating to a highly competitive marketplace. The proposed redactions appear appropriate in light of the concerns expressed respecting competition and the standards governing the sealing of court documents.

Inasmuch as there has been no objection by any party or non-party to the sealing request, it is, accordingly, ORDERED that the renewed joint motion to seal be, and hereby is, granted provisionally pending the further order of the court. Defendant Honeywell International, Inc., is directed to file the redacted version of the subject deposition transcript on the public record no later than October 31, 2013. The court will revisit the matter of sealing in the event that a subsequent request to unseal is received.

The Clerk shall transmit this written opinion and order to counsel of record and to any unrepresented parties.

DATED: October 23, 2013

John T. Copenhaver, Jr.
United States District Judge