IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**DIANA MEY and**
**PHILIP CHARVAT,**
**Individually and on**
**Behalf of a class of all persons**
**And entities similarly situated,**

    Plaintiffs,

v.                                                  Civil Action No. 2:12-cv-1721

**HONEYWELL INTERNATIONAL, INC. and**
**ISI ALARMS NC, INC., and**
**MONITRONICS INTERNATIONAL, INC. and**
**KEVIN KLINK and**
**JAYSON WALLER,**

    Defendants.

## ORDER

In light of the Memorandum Opinion and Order (ECF No. 167) entered by The Honorable John T. Copenhaver, Jr., on December 31, 2013, it is hereby **ORDERED** and the parties are notified that the hearing scheduled for January 9, 2014, at 11:00 a.m. is hereby **CANCELLED.**

The Clerk is directed to transmit a copy of this Order to counsel of record.

Enter: January 2, 2014.

_____
Dwane L. Tinsley
United States Magistrate Judge